JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS GALVAN ESPINOZA, | Case No. CV 24-11090 HDV (PVCx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| COUNTY OF VENTURA, et al., | |
| Defendants. | |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

Dated:  03/20/26

HERNÁN D. VERA
UNITED STATES DISTRICT JUDGE